IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMANTHA SULLENGER,

    Plaintiff,

v.                                                Case No. 1:19-cv-00398-SCY-JHR

CENTRAL NEW MEXICO ELECTRIC
COOPERATIVE, INC.,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Samantha Sullenger ("Plaintiff") and Defendant Central New Mexico Electric Cooperative, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree that the above-captioned cause of action should be dismissed in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

As grounds for this Stipulation of Dismissal, Plaintiff and Defendant state that all matters in controversy have been fully settled and compromised.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court enter an order dismissing the above-captioned cause of action in its entirety and with prejudice.

Dated: December 13, 2019          Respectfully submitted,

                                        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                        By        */s/ Krystle A. Thomas*
                                                Krystle A. Thomas
                                        P. O. Box 1888
                                        Albuquerque, NM 87103
                                        Telephone: (505) 765-5900
                                        kthomas@rodey.com
                                        *Attorneys for Defendant*

YOUTZ & VALDEZ, P.C.

By  *Approved 12/13/2019*
         Stephen Curtice
900 Gold Ave., SW
Albuquerque, NM 87102
(505) 244-1200
Stephen@youtzvaldez.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Krystle A. Thomas*
         Krystle A. Thomas